Case No. CIV-24-51-PRW

As I am mailing this out on 1-10-24 I has now been ten straight days of no running water to my toilet nor my sink. I also am still being ignored i.e. no response of any kind, from DA: Jason Hicks, Clerk of the Court Melody Harper, Admin over D/O's Javier Marques or any other employee. I am requesting they grant my plea or early release by month's end at latest as I believe financial compensation is in order. Do to there lack of response and continued health and civil rights violations I am asking for LWO an bond in next county as it's the same DA and fee's paid for by county. As I wish to proceed to the furthest extent the law allows. I wish to have all papers filed. And pray you _____.

Sincerely, Curtis Tyre

I think there trying to kill me when all I want is to go home with my Anxiety Dog my RIBB Puppy Love and live in peace

Please Help Me

FILED
JAN 16 2024
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ DEPUTY

And As they Do Not provide us
with law Books of Any Kind
Any info I need is Appreciated.
I Also Need Chainsaw Power x4
And help getting to my Anxiety
Dog PIPP Puppy loves me she got
to me I just want to go home

Please Help Me

Please Take serious

Please I Pray to
You Save Me

Please Please

I'm Not safe In here
Please get me home
to my Anxiety Companion
my Baby's Best friend my
PIPP Puppy Love
Please

To: Melody Hurt
To: Jude Ennis
To: Acting District Attorney

1-1-24

To whom it may concern this statement is to confirm that the Stephens County Courts District Attorney has both reviewed and agreed to my effect for Canadae in regaurds to early release. It is my sheer wish that in light of this my release should be following shortly to the noterized date of this letter. I also have requested help in reaching out to court clerk of Grady county in asking for my hold to be lifted with promise that upon my release I make contact in a sufficient time or their choosing to arrange a new plan of payment for fines. I have myself wrote but as of yet recieved no response that has been brought to my attention. Thank you for you're time hopefully this letter and my self are released soon Have A Blessed Day Sincerly Inmate # 979701 Morgan C. Tyre

Signature: Curtis Tyre

Noterized By:

BRANDY PSAUTE
Notary Public - State of Oklahoma
Commission # 22000206
My Commission Expires 5-9-25

Brandy Psaute
1-2-24

To whom ever it may Concern I am Inmate #97970 of Stephens County Jail. In the world I am Morgan.C. Tyre Although I only go by Curtis Tyre, I am on this day of ___ writing this letter, signed as confermation that District Attorney Jason Hick's has reviewd my plea for early release with time served and new pay plan on remaining fines. And approved my request. In light of this I am asking that my hold in Grady County be lifted with Allowed time to make contact and Arrange new pay plan with them as well. It is my Full-Hearted wish that upon reading this letter both it and my self wont be far from heading home. Thank You

Inmate #97970                 Notorized By

Signature: Curtis Tyre

BRANDY PSAUTE
Notary Public - State of Oklahoma
Commission # 22000206
My Commission Expires 5-9-25

Brandy Psaute 1-2-24

To whom it may concern my name is Morgan (Curtis) Tyre Inmate # 97970 of the Stephens County Jail in Duncan ok. cell 0E-2 At this time of 1:44pm 1-5-24 I have been in same said cell since 12-21-23. I this time frame I have only had a working toilet for estimated five days though not in a row. From 12-30-23 – 1-5-24 my toilet has been flushed two times from outside my cell. The remaining time in this frame I have had no running water to either my sink nor my toilet. In light of this and a laundry list of civil rights I have sent numerous request to staff Inmate Grievance Form's, sheriff's statements and sent personal mail to the Court Clerk Melody Harper & DA Jason Hicks pleaing for my Ellected candidacy in early release with time served. Yet no response of any kind please help me remedy this situation as I feel no person should be subject to this sort of cruel and unusual punishment  sincerly

Curtis Tyre