IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CURTIS TYRE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-24-51-PRW |
| JASON HICKS, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is Magistrate Judge Amanda Maxfield Green's Report and Recommendation (Dkt. 14), recommending that Plaintiff's Complaint (Dkts. 1, 6) be dismissed in its entirety. Judge Green advised Plaintiff of his right to object to the Report and Recommendation and that any failure to object would result in a waiver of the right to appellate review.[1] Plaintiff has filed no objection to the Report and Recommendation.[2]

This Court has reviewed Magistrate Judge Green's Report and Recommendation (Dkt. 14) and agrees with the reasoning and conclusions therein. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation (Dkt. 14) in full. Plaintiff's Complaint (Dkts. 1, 6) is **DISMISSED WITHOUT PREJUDICE**.

---

[1] *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

[2] Judge Green's Report and Recommendation was mailed to Plaintiff but was returned as undeliverable. (Dkt. 15). However, Plaintiff has not notified the Court of any changes in his address as required under Local Civil Rule 5.4.

**IT IS SO ORDERED** this 6th day of December 2024.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE